In the Matter of the Application of WONG WAH YEW and MOY BO HING, on Behalf of Themselves and Other Stockholders of the MUN HEY PUBLISHING Co., INC., for an Order of Mandamus against MUN HEY PUBLISHING Co., INC., a Corporation of New York, Its President, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FOUR TWENTY PARK AVENUE Co., INC., v. JAMES J. SEXTON and Others, as Commissioners of Taxes and Assessments of the City of New York. (Taxes of 1933.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. FOUR TWENTY PARK AVENUE Co., INC., v. WILLIAM STANLEY MILLER and Others, as Commissioners of Taxes and Assessments of the City of New York.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

TOMMIE ELIZABETH HUNTT V. THE JOHNSTON & COLLINS Co. and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

WM. A. WHITE & SONS V. THE PORT OF NEW YORK AUTHORITY — CHARLES F. NOYES COMPANY, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs, stay vacated, and appellant's time to answer the complaint extended until ten days after service of order. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of YACHT CLUB CATERING, INC., for a Certiorari against HENRY E. BRUCKMAN, Chairman, and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

## (May 24, 1937.)

In the Matter of SYLVESTER ALLIEGRO, an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

In the Matter of SIDNEY LASH (Also Known as SIDNEY R. LASH), an Attorney. — Reference ordered. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.